UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENITO OROZCO-RODRIGUEZ, PABLO GUZMAN SANTOYO, JULIAN ORTIZ-VELAZQUEZ, JOSE ULISES ZAMBRANO VAZQUEZ, CACIANO GARCIA MENDEZ, PABLO LARA PAREDES, ANA GABRIELA MARTINEZ TORRES, MANUEL RUELAS GARIBAY, CRISTINO ZURITA PAZ, ROBERTO GARCIA MUNIVE, GASPAR MENDOZA MENDOZA, ARTEMIO HERNANDEZ-TAPIA, JUAN ARENAS MARTINEZ, OSCAR RODRIGUEZ, JESUS BARAJAS CANO, OSCAR VILLATORO MONZON, JOSE ARMANDO AGUIRRE BERNABE, | CASE NO. 2:25-cv-2560 MINUTE ORDER |
| Petitioners, | |
| v. | |
| LAURA HERMOSILLO et al., | |
| Respondents. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  This case is hereby transferred to the Honorable Tiffany M. Cartwright, as related to Case No. 3:25-cv-05240-TMC.  All future documents filed in this case must bear

MINUTE ORDER - 1

cause numbers ending in "TMC" and must bear the new Judge's name in the upper right-hand corner of the document.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 15th day of December 2025.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2