# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| CACIANO GARCIA MENDEZ, et al.<br><br>                Petitioners,<br>  v.<br><br>LAURA HERMOSILLO, et al.<br><br>                Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:25-cv-02560-TMC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

      The Petition for writ of habeas corpus is GRANTED in part and DENIED in part with the relief ordered in Dkt. 21. The Petition is DISMISSED without prejudice as to Petitioner Juan Arenas Martinez.

      Dated December 19, 2025.

                                                    Ravi Subramanian<br>
                                                    Clerk of Court

                                                    */s/Michael Williams*<br>
                                                    Deputy Clerk