# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CACIANO GARCIA MENDEZ, et al.<br><br>Petitioners,<br><br>v.<br><br>LAURA HERMOSILLO, et al.<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:25-cv-02560-TMC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition for writ of habeas corpus is GRANTED in part and DENIED in part with the relief ordered in Dkt. 21. The Petition is DISMISSED without prejudice as to Petitioner Juan Arenas Martinez. Judgment is entered in favor of Petitioners and against Federal Respondents in the amount of $10,262.00.

Dated May 26, 2026.

Joshua C. Lewis
Clerk of Court


/s/Bridget K. Peterson
Deputy Clerk